# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE DEMOCRATIC PARTY OF GEORGIA, INC., <br><br> PLAINTIFF, <br><br> V. <br><br> ROBYN A. CRITTENDEN, in her official capacity as interim SECRETARY OF STATE OF THE STATE OF GEORGIA, <br><br> DEFENDANTS. | Civ. Act. No. 1:18-cv-5443-AT |

### PROPOSED ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

This matter is before the Court on the Emergency Motion for Preliminary Injunction of Plaintiff Democratic Party of Georgia, Inc. Upon considering the Emergency Motion and supporting authorities, the responses from Defendant, hearing testimony and argument, and the evidence and pleadings of record, the Court finds that Plaintiff is substantially likely to succeed on the merits of its claims, that its will be irreparably harmed if this Emergency Motion is not granted, that the balance of equities tip in Plaintiff's favor, and that entering an injunction is in the public interest.

KH513086.DOCX

The Court accordingly GRANTS the Emergency Motion and issues the relief set forth as follows:

A. The Court DECLARES that all absentee mail-in ballots received by Georgia county election superintendents or registrars that are postmarked by December 4, 2018, and that are received within the three-day period following the Runoff Election, if proper in all other respects, shall be valid ballots and shall be counted and included in the certified election results;

B. The Court ENJOINS Defendant Crittenden from certifying the statewide Runoff Election results until she has confirmed that each county's returns include the counts for absentee ballots postmarked by December 4, 2018, received within the three-day period following the Runoff Election, and proper in all other respects.

**IT IS SO ORDERED,** this ___ day of _____, 2018.

_____
U.S. District Court Judge

KH513086.DOCX

Prepared by:
**KREVOLIN & HORST, LLC**

*/s/ Halsey G. Knapp, Jr.*
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Adam M. Sparks
Georgia Bar No. 341578
*Attorneys for Plaintiff Democratic Party of Georgia, Inc.*

One Atlantic Center, Suite 3250
1201 W. Peachtree Street., N.W.
Atlanta, Ga 30309
(404) 888-9700
(404) 888-9577
hknapp@khlawfirm.com
sparks@khlawfirm.com